**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

George Arthur Flournoy
Flournoy, Doggett & Losavio
P. O. Box 1270
Alexandria LA 71309-1270

**REHEARING ACTION: January 13, 2010**

**Docket Number: 09   00417-WCA**

**KATHERINE WILLIAMS**
**VERSUS**
**TIOGA MANOR NURSING HOME**

**Appealed from Office of Workers' Compensation - # 2 Case No. 06-08296**

**BEFORE JUDGES:**

   **Hon. Jimmie C. Peters**
   **Hon. Elizabeth A. Pickett**
   **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Katherine Williams** has this day been

   **DENIED.**

cc: Lawrence Bernard Frieman, Counsel for the Appellee